# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 11, 2021

Lyle W. Cayce
Clerk

No. 19-60840
Summary Calendar

MAXIMO ARMANDO ANTUNEZ-PINEDA,

*Petitioner*,

*versus*

MERRICK GARLAND, *U.S. Attorney General*,

*Respondent*.

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A200 134 029

Before JOLLY, ELROD, and GRAVES, *Circuit Judges*.

PER CURIAM:*

Maximo Armando Antunez-Pineda, a native and citizen of Honduras, petitions us to review his withholding of removal claim. He describes experiencing an armed robbery and accompanying death threat that the Immigration Judge determined was not persecution.

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 19-60840

We are not compelled to reverse the findings of the Immigration Judge in this case. Antunez-Pineda has not described harm rising to the level of persecution. *Gjetani v. Barr*, 968 F.3d 393, 398 (5th Cir. 2020).

We cannot review the other claims made by Antunez-Pineda as they are unexhausted and therefore not under our jurisdiction. *Roy v. Ashcroft*, 389 F.3d 132, 137 (5th Cir. 2004).

DENIED in part; DISMISSED in part.